IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 7:13-CR-00023-001 (HL) |
| **CAMERON SCOTT JOHNSON** | |

## ORDER

For good and sufficient cause shown to the Court, it is hereby ORDERED that the conditions of supervised release be modified to include the following special condition:

1. You shall comply with the Level 1 restrictions of the Middle District of Georgia's Technology Access Program (TAP) under the guidance and supervision of the probation office.

A copy of the restrictions under Technology Access Program (TAP) Level 1 is attached to this order and overrides any previously imposed Technology Access Program restrictions. The Court further Orders that you re-enroll in sex offender treatment under the previously ordered special condition of supervision.

SO ORDERED this 15 day of August, 2021.

_____
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE

Prepared by: RDB